IT IS SO ORDERED.

Dated: May 28, 2015
      09:22:48 AM

*Kay Woods*
Kay Woods
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    D & L ENERGY, INC.<br><br>    Debtor. | Case No. 13-40813-KW<br>(Substantively Consolidated)<br><br>Chapter 7<br><br>Judge Kay Woods |

**ORDER APPROVING MOTION OF ANTHONY J. DeGIROLAMO,
CHAPTER 7 TRUSTEE, FOR ORDER SUBSTANTIVELY
<u>CONSOLIDATING DEBTORS' ESTATES</u>**

This matter having come before the Court upon the motion of Anthony J. DeGirolamo, chapter 7 trustee (the "Trustee") for the estates of debtors D & L Energy, Inc. and Petroflow, Inc. (the "Debtors"), for the entry of an Order (A) substantively consolidating the Debtors' chapter 7 estates or, alternatively (B) terminating joint administration of the estates (the "Motion"); the Court having reviewed the Motion and having held a hearing on the Motion on May 27, 2015 (the "Hearing"), and whereupon the Court finds that (i) it has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) notice of the Motion was proper and sufficient under the circumstances and no other notice need be given and no party filed an objection or response thereto; (v) prior to the Petition Date,[1] by virtue of, among other things, the Authorizations and the subsequent conduct and representations of the Debtors, the Debtors entered into an effective assumption and assignment agreement, pursuant to which D&L Energy, Inc. assumed all employees, assets and liabilities of Petroflow, Inc.; (vi) the Debtors' assets and liabilities are one and the same and an Order recognizing the prepetition substantive consolidation that occurred is necessary and appropriate in this case to avoid harm to creditors; and (vii) for these reasons and those stated on the record at the Hearing, it is appropriate and in the estates' best interests for the Debtors' estates to give effect to the prepetition assignment and that the estates of the Debtors be substantively consolidated for all purposes going forward; and upon due deliberation and the statements of counsel present at the Hearing and for the reasons stated by the Court on the record at the Hearing; it is hereby ADJUDGED, DECREED, and

    **ORDERED** that the Motion is granted; and it is further

    **ORDERED** that the Debtors' estates are hereby consolidated on a substantive basis for

---

[1] Capitalized terms used in this Order and not defined herein shall have the meanings given them in the Motion.

all purposes; and it is further

**ORDERED** that all future filings in this matter shall be made in the above-captioned substantively consolidated proceeding captioned, *In re D&L Energy, Inc.*, Case No. 13-40813 (substantively consolidated).

**IT IS SO ORDERED.**

###

Prepared by:

/s/ Andrew L. Turscak, Jr.
Andrew L. Turscak, Jr. (0073851)
John C. Allerding (0087025)
3900 Key Center, 127 Public Square
Cleveland, OH 44114
Phone: 216-566-5500
Fax: 216-566-5800
andrew.turscak@thompsonhine.com
john.allerding@thompsonhine.com

and

Jonathan S. Hawkins (0082860)
10050 Innovation Dr. #400
Miamisburg, OH 45342
Phone: 937-443-6600
jonathan.hawkins@thompsonhine.com

*Counsel for Anthony J. DeGirolamo, Chapter 7 Trustee*

# SERVICE LIST

**ECF Service**

Alfred J. Fleming on behalf of Interested Party Alfred Fleming
afleming@mnblawyers.com

Amanda M. Knapp on behalf of the Official Committee of Unsecured Creditors
aknapp@ralaw.com, tchiles@ralaw.com

Andrew J Petrie on behalf of Interested Party Resource Land Holdings, LLC
petriea@ballardspahr.com; andersonre@ballardspahr.com; roehrsh@ballardspahr.com; johnsonst@ballardspahr.com

Andrew W Suhar on behalf of Claimant Joseph S. Nohra, Joseph S. Nohra Trust
asuhar@suharlaw.com, mstewart@suharlaw.com; kdiana@suharlaw.com; scampbell@suharlaw.com;

Andrew W Suhar on behalf of Creditor Barbara E. Fulcher asuhar@suharlaw.com, mstewart@suharlaw.com; kdiana@suharlaw.com; scampbell@suharlaw.com;

Andrew W Suhar on behalf of Claimant Jerry Nighswander asuhar@suharlaw.com, mstewart@suharlaw.com; kdiana@suharlaw.com; scampbell@suharlaw.com;

Andrew W Suhar on behalf of Interested Party ITG Taxable Fund LLLP
asuhar@suharlaw.com, mstewart@suharlaw.com; kdiana@suharlaw.com; scampbell@suharlaw.com;

Andrew W Suhar on behalf of Creditor William C. Fulcher asuhar@suharlaw.com, mstewart@suharlaw.com; kdiana@suharlaw.com; scampbell@suharlaw.com;

Andrew W Suhar on behalf of Claimant Angela Nighswander asuhar@suharlaw.com, mstewart@suharlaw.com; kdiana@suharlaw.com; scampbell@suharlaw.com;

Anthony D. Dick on behalf of Interested Party Resource Land Holdings LLC
tdick@mwncmh.com

Anthony J. DeGirolamo, Trustee - Canton ajdlaw@sbcglobal.net, amber_weaver@sbcglobal.net; sedlaw@sbcglobal.net; ad@trustesolutions.com; AD07@trustesolutions.net

Brent E. Baker on behalf of Creditor State Of Ohio, Department Of Taxation
BBaker@mnblawyers.com

Brian T. Angeloni on behalf of Debtor Petroflow, Inc. bangeloni@rlbllp.com

Brian T. Angeloni on behalf of Debtor D&L Energy, Inc. bangeloni@rlbllp.com

Bruce J.L. Lowe on behalf of Interested Party EnviroScience, Inc. blowe@taftlaw.com, CLE_Docket_Assist@taftlaw.com; SMcKean@taftlaw.com

Carrie M Brosius on behalf of Creditor Everflow Eastern Partners, L.P.
cmbrosius@vorys.com, dmkamp@vorys.com

Carrie M Brosius on behalf of Creditor Everflow Eastern Inc. cmbrosius@vorys.com, dmkamp@vorys.com

Cherry Lynne Poteet on behalf of Creditor Tom's Sewer & Drain Service, Inc. cpoteet@daniluklaw.com, dmorlan@daniluklaw.com

Cherry Lynne Poteet on behalf of Creditor Heavy Duty Industrial Services LLC cpoteet@daniluklaw.com, dmorlan@daniluklaw.com

Christopher B. Wick on behalf of Creditor Atlas Resources, LLC cwick@hahnlaw.com, hlpcr@hahnlaw.com; cmbeitel@hahnlaw.com

Christopher James Bondra on behalf of Official Committee of Unsecured Creditors cbondra@ralaw.com, amalloy@ralaw.com

Chrysanthe E Vassiles on behalf of Attorney Petro Evaluation Services, Inc. cvassiles@bmsa.com

Chrysanthe E Vassiles on behalf of Interested Party Susan Faith cvassiles@bmsa.com

Cynthia A Jeffrey on behalf of Creditor Ford Motor Credit Company LLC bknotice@reimerlaw.com

Daniel M McDermott, on behalf of United States Trustee USTPRegion09.cl.ecf@usdoj.gov

David A. Detec on behalf of Creditor Roy L. Crick as Trustee of the Ray Starr Revocable Trust ddetec@mbpu.com, bchop@mbpu.com

David A. Detec on behalf of Creditor Roy L Crick ddetec@mbpu.com, bchop@mbpu.com

David P. Bertsch on behalf of Interested Party Benedict Lupo dbertsch@stark-knoll.com

David P. Bertsch on behalf of Interested Party Holly Lupo dbertsch@stark-knoll.com

Donald J DeSanto on behalf of Interested Party Robert A. Bitonte ddesanto@desantolaw.com

Donald N Jaffe on behalf of Creditor Weston Hurd LLP djaffe@westonhurd.com, nlinn@westonhurd.com; S#DocketDepartment@westonhurd.com

Donald W Davis, Jr. on behalf of Interested Party Nicholas Paparodis dwdavis@bmdllc.com, twebb@bmdllc.com

Drew T Parobek on behalf of Creditor Everflow Eastern Inc. dtparobek@vorys.com

Drew T Parobek on behalf of Creditor Everflow Eastern Partners, L.P. dtparobek@vorys.com

Edward A Bailey on behalf of Creditor Ford Motor Credit Company LLC bknotice@reimerlaw.com

Emily Ladky on behalf of Creditor Atlas Resources, LLC eladky@hahnlaw.com, hlpcr@hahnlaw.com; cmbeitel@hahnlaw.com

Eric C Johnson on behalf of Creditor Robert Chudakoff scott@johnsonandjohnsonohio.com, eric@johnsonandjohnsonohio.com

Eric C Johnson on behalf of Creditor Terrie Chudakoff scott@johnsonandjohnsonohio.com, eric@johnsonandjohnsonohio.com

Evan T. Byron on behalf of Creditor Dollar Leasing Corp. etb@chernettwasserman.com, mgm@chernettwasserman.com

Frank Richard Bodor on behalf of Claimant Opal Money frank.bodor@gmail.com

Frank Richard Bodor on behalf of Claimant Merrill Money frank.bodor@gmail.com

Frank Richard Bodor on behalf of Interested Party City of Girard, Ohio frank.bodor@gmail.com

Fred J. Arnoff on behalf of Creditor Weston Hurd LLP farnoff@westonhurd.com, nlinn@westonhurd.com; S#DocketDepartment@westonhurd.com

Frederick S. Coombs, III on behalf of Creditor M & G Drilling LLC fcoombs@hhmlaw.com

Frederick S. Coombs, III on behalf of Interested Party Louis DiPaolo fcoombs@hhmlaw.com

Frederick S. Coombs, III on behalf of Creditor Packer Thomas & Co. fcoombs@hhmlaw.com

Frederick S. Coombs, III on behalf of Creditor Brier Hill Slag Company fcoombs@hhmlaw.com

Frederick S. Coombs, III on behalf of Creditor North Star Disposal Services I LLC fcoombs@hhmlaw.com

Frederick S. Coombs, III on behalf of Interested Party Shale Energy LLC fcoombs@hhmlaw.com

Harry W. Greenfield on behalf of Financial Advisor SS&G Parkland Consulting LLC greenfield@buckleyking.com, young@buckleyking.com; toole@buckleyking.com; heberlein@buckleyking.com

James G. Floyd on behalf of Interested Party ITG Taxable Fund LLLP jfloyd@mnblawyers.com

James G. Floyd on behalf of Creditor Ray Starr Trustee jfloyd@mnblawyers.com

James S. Huggins on behalf of Creditor Artex Oil Company huggins@theisenbrock.com, ritter@theisenbrock.com

James W. Ehrman on behalf of Interested Party Holly Lupo jwe@kjk.com, newpleadings@gmail.com

Jay M Skolnick on behalf of Interested Party Nadler Nadler & Burdman Co., LPA jmskolnick@nnblaw.com, warcaro@nnblaw.com

Jeffrey C Toole on behalf of Financial Advisor SS&G Parkland Consulting LLC toole@buckleyking.com, young@buckleyking.com; heberlein@buckleyking.com

Jeremy M Campana on behalf of Creditor Claims Recovery Group LLC jeremy.campana@thompsonhine.com, Docket@thompsonhine.com

Jeremy M Campana on behalf of Creditor St. Paul Homes jeremy.campana@thompsonhine.com, Docket@thompsonhine.com

Joel K Dayton on behalf of Creditor B & B Tanks, LLC jdayton@bmsa.com

Joel K Dayton on behalf of Interested Party Susan Faith jdayton@bmsa.com

John H Chaney, III on behalf of Creditor Heavy Duty Industrial Services LLC jchaney@daniluklaw.com, abasile@daniluklaw.com; dmorlan@daniluklaw.com

John H Chaney, III on behalf of Creditor Tom's Sewer & Drain Service, Inc. jchaney@daniluklaw.com, abasile@daniluklaw.com; dmorlan@daniluklaw.com

John H Maddock, III on behalf of Creditor CSX Transportation, Inc. jmaddock@mcguirewoods.com, rfblair@mcguirewoods.com

John R. O'Keefe, Jr. on behalf of Creditor The Huntington National Bank jokeefe@metzlewis.com

Kathryn A Belfance on behalf of Debtor D & L Energy, Inc. kb@rlbllp.com, oh01@ecfcbis.com

Kathryn A. Belfance on behalf of Debtor Petroflow, Inc. kb@rlbllp.com

Kevin L Colosimo on behalf of Creditor Burleson LLP kcolosimo@burlesonllp.com, lkwasniewski@burlesonllp.com

Lawrence R Bach on behalf of Debtor D & L Energy, Inc. lbach@rlbllp.com

Lawrence R Bach on behalf of Debtor D&L Energy, Inc. lbach@rlbllp.com

Leo J Puhalla on behalf of Interested Party Roy Sartori lpuhalla@mnblawyers.com

Leo J Puhalla on behalf of Creditor Barr Holdings LTD lpuhalla@mnblawyers.com

Leo J Puhalla on behalf of Interested Party Christine L Sartori lpuhalla@mnblawyers.com

Lyle B. Brown on behalf of Interested Party Carrizo (Utica) LLC lyle.brown@steptoe-johnson.com, shannon.todd@steptoe-johnson.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee maria.d.giannirakis@usdoj.gov

Mark A Beatrice on behalf of Interested Party David M. DeChristofaro Investments mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Interested Party Suzanne Fleming mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Interested Party Ray Starr Trustee mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Interested Party Michael E Bushey mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Interested Party Michael J. Miladore Trust mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Interested Party Frank K Valley mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Interested Party Thomas Detesco mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Interested Party Jennifer Uhl mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Interested Party William J Uhl, Jr. mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Interested Party Alfred Fleming mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Interested Party Gim S Oh mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Interested Party Gloria Detesco mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Interested Party Kong Oh mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Creditor Roy L. Crick as Trustee of the Ray Starr Revocable Trust mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Creditor Roy L Crick mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Creditor Western Reserve Mechanical Inc. mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Interested Party William K Lindquist mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Interested Party Anthony T Giuliani, Sr. mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Interested Party Tammy Valley mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Interested Party Don DeSalvo mbeatrice@mbpu.com, dgroubert@mbpu.com

Mark A Beatrice on behalf of Interested Party Ray Starr Family Trust mbeatrice@mbpu.com, dgroubert@mbpu.com

Marty D. Nosich on behalf of Interested Party Oscar Sterle mnosichlaw@yahoo.com

Mary Beth Houser on behalf of Creditor State Of Ohio, Department Of Taxation mhouser@mnblawyers.com

Mary K Whitmer on behalf of Interested Party Holly Lupo mkw@kjk.com

Melissa M. Macejko on behalf of Interested Party ITG Taxable Fund LLLP mmacejko@suharlaw.com, melissamacejko@sbcglobal.net

Michael A. Steel on behalf of Interested Party Nicholas Paparodis masteel@bmdllc.com, attysteel@gmail.com

Michael A. Steel on behalf of Interested Party Philadelphia Indemnity Insurance Co. masteel@bmdllc.com, attysteel@gmail.com

Michael D Buzulencia on behalf of Interested Party Oscar Sterle mikebuze@mahoningvalleylaw.com

Michael D Rossi on behalf of Interested Party Oscar Sterle mrossi@gsfirm.com

Michael D Zaverton on behalf of Spec. Counsel Walter Haverfield LLP mzaverton@walterhav.com, lbeck@walterhav.com

Michael D Zaverton on behalf of Debtor D & L Energy, Inc. mzaverton@walterhav.com, lbeck@walterhav.com

Michael E Idzkowski on behalf of Creditor State of Ohio Ohio Department of Natural Resources michael.idzkowski@ohioattorneygeneral.gov, scott.hainer@ohioattorneygeneral.gov

Michael E Idzkowski on behalf of Creditor State of Ohio, Ohio Environmental Protection Agency michael.idzkowski@ohioattorneygeneral.gov, scott.hainer@ohioattorneygeneral.gov

Michael P. Marando on behalf of Creditor Barr Holdings LTD mpm@ppmlegal.com, smk@ppmlegal.com

Owen J. Rarric on behalf of Creditor Sunpro Inc orarric@kwgd.com, mhelmick@kwgd.com

Patricia B Fugee on behalf of Creditor Committee Official Committee of Unsecured Creditors pfugee@ralaw.com, mwallace@ralaw.com

Peter R. Morrison on behalf of Attorney Squire Sanders (US) LLP peter.morrison@squirepb.com, cle_dckt@squirepb.com; eric.becker@squirepb.com; kevin.white@squirepb.com

Peter R. Morrison on behalf of Creditor Committee Official Committee of Unsecured Creditors peter.morrison@squirepb.com, cle_dckt@squirepb.com; eric.becker@squirepb.com; kevin.white@squirepb.com

Randolph L Snow on behalf of Interested Party Susan Faith rsnow@bmsa.com

Richard G Hardy on behalf of Creditor P&S Energy LLC rhardy@ulmer.com

Richard J Thomas on behalf of Creditor Joseph S. Nohra and Joseph S. Nohra Trust rthomas@hendersoncovington.com, mgazda@hendersoncovington.com

Richard Steven Mitchell on behalf of The Official Committee of Unsecured Creditors rmitchell@ralaw.com, tchiles@ralaw.com

Robert A. Bell on behalf of Interested Party Ohio Oil and Gas Association rabell@vorys.com, bjtobin@vorys.com

Robert A. Bell on behalf of Creditor Everflow Eastern Inc. rabell@vorys.com, bjtobin@vorys.com

Robert A. Bell on behalf of Creditor Everflow Eastern Partners, L.P. rabell@vorys.com, bjtobin@vorys.com

Rocco I. Debitetto on behalf of Creditor Atlas Resources, LLC
ridebitetto@hahnlaw.com, hlpcr@hahnlaw.com

Sam O Simmerman on behalf of Creditor Sunpro Inc sosimmerman@kwgd.com,
mhelmick@kwgd.com

Scott R. Belhorn ust35 on behalf of U.S. Trustee Daniel M McDermott
Scott.R.Belhorn@usdoj.gov

Sherri Lynn Dahl on behalf of The Official Committee of Unsecured Creditors
sdahl@ralaw.com

Steven Heimberger on behalf of Debtor D&L Energy, Inc. sheimberger@rlbllp.com

Steven Heimberger on behalf of Debtor Petroflow, Inc. sheimberger@rlbllp.com

Steven L Wasserman on behalf of Creditor Dollar Leasing Corp.
slw@chernettwasserman.com, sjp@chernettwasserman.com

Todd A. Mazzola on behalf of Debtor Petroflow, Inc. tmazzola@rlbllp.com

Todd A. Mazzola on behalf of Debtor D & L Energy, Inc. tmazzola@rlbllp.com

William J Stavole on behalf of Interested Party EnviroScience, Inc.
wstavole@taftlaw.com, sschmidt@taftlaw.com; CLE_Docket_Assist@taftlaw.com

**U.S. Mail Service**

BBP Partners LLC
200 Public Square, Suite 3100
Cleveland, OH 44114-2311

Mark Beatrice
201 E. Commerce Street
Commerce Bldg, Atrium Level 2
Youngstown, OH 44503

Elizabeth Shively Boatwright
on behalf of Interested Party Nicholas Paparodis
Brennan Manna & Diamond, LLC
75 East Market Street
Akron, OH 44308

Michael A Cyphert
on behalf of Debtor D & L Energy, Inc.
Walter Haverfield LLP
1301 East Ninth St. Suite 3500
Cleveland, OH 44114

Elan Financial Services
P O BOX 5229
Cincinnati, OH 45201

Fair Harbor Capital, LLC
1841 Broadway Suite 1007
New York, NY 10023

Elton G. Himes
10522 Rt. 322
Reynoldsville, PA 15851-4234

Helen Ruth Himes
10522 Rt. 322
Reynoldsville, PA 15851-4234

Michael A Cyphert
on behalf of Spec. Counsel Walter Haverfield LLP
Walter Haverfield LLP
1301 East Ninth St., Suite 3500
Cleveland, OH 44114

Clayton W Davidson
on behalf of Interested Party Resource Land Holdings LLC
McNees Wallace & Nurick LLC
100 Pine Street
PO Box 1166
Harrisburg, PA 17108-1166

Dennis Gartland & Niergarth
415 Munson Avenue, Suite 201
Traverse City, MI 49686

Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601

Gene & Jayne Mays
810 Hamburg Rd.
Fredonia, PA 16124

Daniel F Peterson
16982 Lynn Road
Saegertown, PA 16433

Sue L. Peterson
16982 Lynn Road
Saegertown, PA 16433

Andrew J Petrie
on behalf of Plaintiff Resource Land Holdings, LLC
Ballard Spahr LLP
1225 17th St., Suite 2300
Denver, CO 80202

Iron Eagle Enterprises, LLC
c/o Joel K. Dayton, Esq
220 Market Avenue, S., Suite 1000
Canton, OH 44702

Charles J. Jackson
3103 Shipway Ave.
Long Beach, CA 90808

Brian C. Kren
on behalf of Interested Party City of Girard, Ohio
City Of Girard, OH Law Director
295 Harmon Avenue NW
Warren, OH 44483

Robert C. Thompson
Dennis Gartland & Niergarth
415 Munson Avenue, Suite 201
Traverse City, MI 49686

Mark Van Tyne
3874 Croydon Drive, NW
Canton, OH 44718

David Wehrle
4 The Court of Bayview
Northbrook. IL 60062

Vincent R. Zawistowski
Co-Trustee of The Stephan Zawistowski Revocable Trust
300 Gruber Road
Greenville, PA 16125

Roderick Linton Belfance, LLP
on behalf of Debtor D & L Energy, Inc.
50 S. Main Street, Floor 10
Akron, OH 44308-1828

Douglas W. Ross
on behalf of Creditor Heavy Duty Industrial Services LLC
1129 Niles Cortland Road S.E.
Warren, OH 44484

Douglas W. Ross
on behalf of Creditor Tom's Sewer & Drain Service, Inc.
1129 Niles Cortland Road S.E.
Warren, OH 44484

Brennan Manna & Diamond, LLC
Donald W. Davis, Jr., Esq.
Elizabeth Shively Boatwright, Esq.
Michael A. Steel, Esq.
75 East Market Street
Akron, OH 44308

DeSanto Law Firm
Attn: Robert A. Bitonte
c/o Donald J. DeSanto
3731 Boardman-Canfield Road
Canfield, OH 44406

Daniel Daniluk, LLC
Attn: John H. Chaney, III, Esq.
Douglas W. Ross, Esq.
Cherry Lynne Poteet, Esq.
1129 Niles-Courtland Road SE
Warren, OH 44484

Peter & Katie Cajthaml
4610 Via Grande
Newbury Park, CA 91320

Ruth and Harvey McDowell
1433 Sandy Lake Road
Grove City, PA 16127

State of Ohio
Dept. of Natural Resources
c/o Michael D. Idzkowski
30 E. Broad Street, 25th Fl.
Columbus, Ohio 43215

Heavy Duty Industrial Services, LLC
P.O. Box 309
McDonald, OH 44437

State of Ohio
Ohio EPA
c/o Michael D. Idzkowski
30 E. Broad Street, 25th Fl.
Columbus, Ohio 43215

NorthStar Oilfield Services, LLC
c/o Joel K. Dayton
220 Market Avenue, S. Suite 1000
Canton, OH 44702

B&B Tanks, LLC
c/o Joel K. Dayton
220 Market Avenue, S. Suite 1000
Canton, OH 44702

Sunpro, Inc.
7640 Whipple Avenue, NW
North Canton, OH 44720

B&B Tanks, LLC
2761 Salt Springs Road
Youngstown, OH 44509

Nicholas C. Paparodis
c/o Brennan, Manna & Diamond
Michael A. Steel
75 E. Market Street
Akron, Ohio 44308

Universal Well Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087

Carrizo (Utica) LLC
500 Dallas Street, Suite 2300
Houston, TX 77002

Cindy Swaggard and Mary Sklodowski
6765 Hudson Road
Kent, Ohio 44240

Gasearch, LLC
c/o Joel K. Dayton
220 Market Avenue, S., Suite 1000
Canton, OH 44702

Christopher Zachar
3301 East Thunderbird Road
Phoenix, AZ 85032

Susan Faith
c/o Joel K. Dayton
220 Market Avenue, S, Suite 1000
Canton, OH 44702

EnviroScience, Inc.
5070 Snow Road
Stow, OH 44224

Stark & Knoll Co., LPA
3475 Ridgewood Road
Akron, Ohio 44333

Dollar Leasing Corp.
1301 East Ninth Street, 9th Floor
Cleveland, Ohio 44114

Kebert Construction Co., Inc.
P.O. Box 418
Meadville, PA 16335

Yurchyk & Davis CPAs, Inc.
Claims Recovery Group, LLC
92 Union Avenue
Cresskill, NJ 07626

De Lage Landen Financial Services
1111 Old Eagle School Road
Wayne, PA 19087

Taft Stettinius & Hollister
200 Public Square, Suite 3500
Cleveland, OH 44114

North Star Disposal Services I, LLC
c/o Frederick S. Coombs III
P.O. Box 6077
Youngstown, OH 44501-6077

Sidewinder Drilling, Inc.
952 Echo Lane
Houston, TX 77024

Nabors Completion & Prod. Services Co.
c/o Lauri McDonald
515 W. Greens Rd.
Houston, TX 77067

Yurchyk & Davis CPAs, Inc.
c/o Leo C. Raub
3701 Boardman-Canfield Rd. #2
Canfield, OH 44406

Patriot Water Treatment, LLC
7716 Depot Road, Unit 1
Lisbon, OH 44432

North Star Disposal Services I, LLC
c/o Frederick S. Coombs III
P.O. Box 6077
Youngstown, OH 44501-6077

Superior Well Service LLC
121 Airport Professional Building
Indiana, PA 15701

Daniel F. Peterson
16982 Lynn Road
Saegertown, PA 16433

Burleson LLP
Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601

Bessemer Supply, Inc.
315 East Poland Avenue
Bessemer, PA 16112

11890703.2

Edward Esposito
c/o Edward Hazboun
2120 Rolling Meadows
Warren, OH 44484

Computerized Mudlogging Services
170 Sandy Court, Unit 5
New Middletown, OH 44442

TJC Enterprises, Inc.
2616 Country Squire Street, NW
Uniontown, OH 44685

Chemtek Oilfield
8887 Perry Highway
Meadville, PA 16335

Superior Well Service LLC
121 Airport Professional Building
Indiana, PA 15701

RKL Co., LPA
3475 Ridgewood Road
Akron, Ohio 44333

Mohawk Oilfield Services, LLC
2761 Salt Springs Road
Youngstown, OH 44509

Master Security, Inc.
26 S. Market Street
Girard, OH 44420

Absolute Grass
7649 Chillicothe Road
Mentor, OH 44060

Advanced Waste Services
1126 South 70th Street, Suite N408B
Milwaukee, WI 53214

Western Reserve Mechanical
3041 South Main Street
Niles, OH 44446

Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

Weston Hurd LLP
1301 East 9th Street, 9th Floor
Cleveland, Ohio 44114

Industrial Tank Management, LLC
c/o Joel K. Dayton
220 Market Ave., S., Suite 1000
Canton, OH 44702

Zorro Oilfield Services, LLC
c/o Joel K. Dayton
220 Market Ave., S. Suite 1000
Canton, OH 44702

B&B Energy Services, LLC
c/o Mary K. Whitmer
1375 E. 9th St., 20th Floor
Cleveland, Ohio 44114-1793

Stephan Zawistowski Revocable Trust
c/o Vincent Zawistowski
300 Gruber Rd.
Greenville, PA 16125

Great America Financial Services Corporation
Peggy Upton Litigation Specialist
P.O. Box 609
Grand Rapids, IA 52406

Producers Supply Co.
112 Anna Street
Slidell, LA 70458

B&B Energy Services, LLC
2761 Salt Springs Road
Youngstown, OH 44509

Michael E. Grove Co., LPA
628 Niles-Cortland Road, SE, Suite 202
Warren, OH 44484-2473

Hardrock Excavating, LLC
c/o Mary K. Whitmer
1375 East 9th Street, 20th Floor
Cleveland, Ohio 44114-1793

11890703.2

Tri-State Measurement
1688 Shannon Road
Girard, OH 44420

Producers Supply Co.
112 Anna Street
Slidell, LA 70458

Appalachian Well Surveys
10291 Ohio Avenue
P.O. Box 1058
Cambridge, OH 43725

Mohawk Oilfield Services, LLC
c/o Mary K. Whitmer
1375 East 9th Street, 20th Floor
Cleveland, Ohio 44114-1793

Brier Hill Slag Co.
18 Hogue Street
Youngstown, OH 44502

Filter Specialists Inc.
100 Anchor Road
Michigan City, IN 46360

Soil Remediation, Inc.
6065 Arrel-Smith Road
Lowellville, OH 44436

HD Davis CPAs LLC
125 Churchhill Hubbard Road
Youngstown, Ohio 44505

Mohawk Disposal Management, LLC
c/o Mary K. Whitmer
1375 East 9th Street, 20th Floor
Cleveland, Ohio 44114-1793

Jones Gregg Creehan & Ger
411 Seventh Avenue. Suite 100
Pittsburgh, PA 15219

Ken Miller Supply
P.O. Box 1086
Wooster, OH 44691

Geiger Teeple Smith Hahn LLP
1844 West State Street, Suite A
Alliance, OH 44601

Alliance Property Holdings
789 Bessemer Street
Meadville, PA 16335

Disposal Wells, LLC
c/o Mary K. Whitmer
1375 East 9th Street, 20th Floor
Cleveland, Ohio 44114-1793

Elan Financial Services
P.O. Box 5229
Cincinnati, OH 45201-5229

Harrington, Hoppe & Mitchell, Ltd.
c/o Frederick S. Coombs III
P.O. Box 6077
Youngstown, OH 44501-6077

Disposal Wells, LLC
2761 Salt Springs Road
Youngstown, OH 44509

Star Tanks, LLC
c/o Joel K. Dayton
220 Market Ave., S., Suite 1000
Canton, OH 44702

Tri County Disposal Wells, LTD
c/o Mary K. Whitmer
1375 East 9th Street, 20th Floor
Cleveland, Ohio 44114-1793

Leonard Insurance, Inc.
P.O. Box 9160
Canton, OH 44711

Hardrock Excavating, LLC
2761 Salt Springs Road
Youngstown, OH 44509

Nov.-M/D Totco
P.O. Box 201153
Dallas, TX 75320

11890703.2

Gasearch, LLC
c/o Joel K. Dayton
220 Market Ave., S., Suite 1000
Canton, OH 44702

Ohio Edison Bankruptcy Dept.
6896 Mill Road, Suite 204
Brecksville, OH 44141

Pipeline Systems, LLC
c/o Joel K. Dayton
220 Market Ave., S., Suite 1000
Canton, OH 44702

National Oilwell Varco LP
Attn: C. Donahue
7909 Parkwood Circle Drive. Building 2
Houston, TX 77036

B&D Energy Services
9530 Beard Road
Youngstown, OH 44514

Ohio Valley Waste Service
P.O. Box 432
Mars, PA 16046

Fairmont Supply Oil
P.O. Box 643438
Pittsburgh, PA 15264

M.T. Services, Inc.
P.O. Box 136
Berlin, OH 44610

Petro Evaluation Services, Inc.
c/o Chrysanthe E. Vassiles
220 Market Avenue, S, Suite 1000
Canton, OH 44702

Tom's Sewer & Drain Service, Inc.
PO Box 388
Girard, OH 44420

RCE, LLC
1322 Brandi Drive, SW
Strasburg, OH 44680

Vincent R. Zawistowski
300 Gruber Road
Greenville, PA 16125

BEO Service Group, LLC
25 West Third Street, Suite 700
Williamsport, PA 17701

Pure Water Finance
P.O. Box 404582
Atlanta, GA 30384

J Hawk Water Service, LLC
6075 Avalon Road, NW
Malvern, OH 44644

The Vindicator Printing
107 Vindicator Square
Youngstown, OH 44503

Ohio Edison
P.O. Box 3637
Akron, OH 44309

Alfred J. and Suzanne Fleming
400 City Center One
100 Federal Plaza East
Youngstown, OH 44503

Roy Crick or Ray Starr Rev. Trust
c/o David A. Detec
Manchester Bennett Powers & Ullman
201 E. Commerce Street
Youngstown, OH 44503-1641

Zorro Oilfield Services, LLC
c/o Joel K. Dayton
220 Market Avenue, S, Suite 1000
Canton, OH 44702

11890703.2

Alliance Property Holdings  
789 Bessemer Street  
Meadville, PA 16335

Industrial Tank Management, LLC  
c/o Joel K. Dayton  
220 Market Avenue, S, Suite 1000  
Canton, OH 44702

11890703.2